## In re RUKEYSER.

District Court, S. D. New York.
July 20, 1932.

Archibald Palmer, of New York City, for the motion.

Leo J. Linder, of New York City (William Walzer, of Brooklyn, N. Y., of counsel), opposed.

GODDARD, District Judge.

Report confirmed.